DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MILLER, | ) | |
| | ) | CASE NO. 4:10-CV-2872 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT ENTRY** |
| | ) | |
| CITY OF TWINSBURG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

Case closed.

 February 1, 2011         *s/ David D. Dowd, Jr.*
Date        David D. Dowd, Jr.
       U.S. District Judge